```
                   IN THE UNITED STATES BANKRUPTCY COURT
                        WESTERN DISTRICT OF LOUISIANA

IN RE:
                                        CASE NO. 06-BK-10445
    ALLEN A. FERNANDEZ                  JUDGE STEPHEN V. CALLAWAY
    9740 ANDOVER
    NEW ORLEANS, LA.  70127
                                        DATE: 07/09/2007

        Debtor(s)
    SSN(1) XXX-XX-7125  SSN(2) XXX-XX-
-------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT
                       AND ACCOUNT OF ADMINISTRATION
-------------------------------------------------------------------------------

       PAUL DAVIDSON, Trustee for the above case, submits the following Final Report and
Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b)(1).

    1. The case was filed on 03/28/2006 and confirmed on 05/23/2006.
The case was subsequently DISMISSED AFTER CONFIRMATION.

    2. The amount paid to the Trustee by or on behalf of the debtor(s) was $   15,144.00 .

    3. The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| BUTLER & HOSCH, P.A. | NOT FILED | .00 | .00 | .00 | .00 |
| CHEVRON USA | UNSECURED | 520.11 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE P | 75,945.00 | 9,976.81 | .00 | 9,222.83 |
| COUNTRYWIDE HOME LOANS | MORTGAGE P | 6,302.74 | .00 | .00 | 1,470.70 |
| ECAST SETTLEMENT CORPORAT | UNSECURED | 12,722.36 | .00 | .00 | .00 |
| FINGERHUT | UNSECURED | 296.53 | .00 | .00 | .00 |
| HYUNDAI MOTOR FINANCE COM | NOT FILED | .00 | .00 | .00 | .00 |
| HYUNDAI MOTOR FINANCE COM | UNSECURED | 8,138.44 | .00 | .00 | .00 |
| LA CAPITOL FEDERAL CR. UN | UNSECURED | 5,228.22 | .00 | .00 | .00 |
| LA CAPITOL FEDERAL CR. UN | UNSECURED | 11,532.23 | .00 | .00 | .00 |
| ORKIN PEST CONTROL | NOT FILED | .00 | .00 | .00 | .00 |
| SHERIFF | NOT FILED | .00 | .00 | .00 | .00 |
| SOUTHERN CREDIT RECOVERY | NOT FILED | .00 | .00 | .00 | .00 |
| STATE OF LOUISIANA | NOT FILED | .00 | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL | SECURED | 16,951.11 | 1,954.66 | .00 | 2,049.07 |

    4. Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---:|---:|---:|---:|---:|
| CLAIM AMOUNT | 99,198.85 | .00 | 38,437.89 | .00 | 137,636.74 |
| PRINCIPLE PAID | 11,931.47 | .00 | .00 | .00 | 11,931.47 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

PAGE 01 - CONTINUED ON NEXT PAGE

5. Costs of administration:
The clerk was paid $          .00   through the plan for the filing fee.
The debtor's attorney was allowed $    2,650.00   and was paid $    2,650.00 .
The Trustee was paid $       281.27   compensation and  $       281.26   expense pursuant to 11 U.S.C. 1302
Refunds to the debtor and/or new trustee total $          .00 .

    Wherefore the trustee requests a final  decree be entered which discharges the trustee and his surety from any and all  liability on account of the  above case, closes the estate, and grants such other relief as may be just and proper.


xc:                                                    /s/ PAUL H. DAVIDSON
                                                       PAUL H. DAVIDSON